UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRES FERNANDO CABEZAS,<br>　　　　　Plaintiff,<br>　　v.<br>CRAIGSLIST, INC.,<br>　　　　　Defendant. | Case No. 21-cv-06513-RS (PR)<br><br>**ORDER REOPENING ACTION** |

　　　This federal suit was dismissed because plaintiff had not complied with the Clerk's Notice to file a complete application to proceed *in forma pauperis* (IFP) using this Court's forms, or pay the filing fee.  Since dismissal, plaintiff has filed an IFP application and a motion to reopen.  (Dkt. Nos. 14 and 16.)  The motion to reopen is GRANTED.  (Dkt. No. 14.)  The Clerk is directed to modify the docket accordingly.  The judgment and the order of dismissal are VACATED.  The Court will review the complaint and the IFP application in separate orders.  The Clerk shall terminate Dkt. No. 14 and reopen the file.

**IT IS SO ORDERED.**

**Dated:** January  5 , 2022

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　RICHARD SEEBORG
　　　　　　　　　　　　　　　　　　　Chief United States District Judge